WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:   M. COLLEEN CONNOR (Bar No. 015679)
       connorc@mcao.maricopa.gov
       TALIA J. OFFORD (Bar No. 028768)
       offordt@mcao.maricopa.gov
       Deputy County Attorneys
       MCAO Firm No. 00032000

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 506-8541
Facsimile (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Isabel, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>Michele Reagan, in her individual capacity; Maricopa County; Adrian Fontes, in his official capacity as Maricopa County Recorder,<br><br>       Defendants. | No. 2:18-cv-03217-DWL<br><br>**PROPOSED ORDER TO DISMISS WITH PREJUDICE**<br><br>(Honorable Dominic W. Lanza) |

      This Court, based on the Motion to Dismiss with Prejudice filed by Maricopa County, and good cause appearing:

      IT IS ORDERED that the above-captioned matter be dismissed with prejudice;

      DATED this _____ day of _____, 2018.