# Exhibit 1

# CHAPTER 19 - STATE OF ARIZONA GRIEVANCE PROCESS

<u>HELP AMERICA VOTE ACT OF 2002, TITLE IV, SECTION 402</u>

## SECTION 1. SCOPE.

The Secretary of State has a statewide complaint system to address complaints involving a violation of any provision of Title III of the Help America Vote Act of 2002 (HAVA) [42 U.S.C. §§15481-15485]. The statewide system will provide secure online access and phone call center access for complaint processing to the Secretary of State or a designee. The system also provides secure online review of the complaint by the submitter. Upon receiving the formal complaint in the Secretary of State's office either by mail or hand delivery, the Secretary of State's office shall begin the resolution process.

Under this process any person may file a complaint who believes that there has been a violation, a violation is occurring or a violation will be occurring related to any provision of Title III of HAVA. These procedures shall be uniform and non-discriminatory. If under these procedures the Secretary of State determines that there is a HAVA Title III Violation, an appropriate remedy shall be provided to the extent permitted by law. If the Secretary of State determines that the complaint does not allege a HAVA Title III Violation, the Secretary of State may dismiss the complaint or refer it to the proper agency for resolution.

## SECTION 2. DEFINITIONS.

1) "Complainant" means any person who files a complaint with the Secretary of State under the State of Arizona Grievance Process.

2) "HAVA Title III Violation" means an act contrary to a party's statutory rights regarding voting system standards, provisional voting procedures, voter registration procedures, and operational standards of the statewide voter registration system as found in ARS § 16-168(K) and Title III of HAVA. It does not mean non-Title III election law matters, including a candidate's ballot access or campaign finance matters.

3) "Person" means any individual residing in the State of Arizona at the time the complaint is filed.

4) "Respondent" means any person or entity who is named in a complaint under these provisions and is alleged to have violated, is violating, or is about to violate any provision of Title III of HAVA.

5) "Title III" means Title III of the Help America Vote Act of 2002, Public Law 107-252, 116 Stat. 1666 (2002), codified at 42 United States Code §§ 15481-15485.

## SECTION 3. FORM OF COMPLAINT.

1) A complaint filed under this procedure shall be in writing, notarized, signed and sworn to. A standardized form for the complaint is available by any of the following methods: on the Secretary of State's web site at www.azsos.gov, from the election official in the complainant's county of residence, or it can be mailed at the request of the complainant. The form provided by the Secretary of State is available in both English and Spanish and is accessible to persons with disabilities. (See SAMPLE FORMS: HAVA Administrative Complaint Form.)

2) The complainant may use any other written document to submit the complaint provided that it satisfies the requirements of subsection 1 and includes a description of the alleged violation which has occurred, is occurring, or is about to occur and indicates whether a hearing is requested.

## SECTION 4. INSTRUCTIONS FOR FILING.

1) Where to File. The complaint may be filed in person or by mail at the Arizona Secretary of State's Office, 1700 West Washington, 7th Floor, Phoenix, Arizona 85007, or 400 West Congress, 2nd Floor, Room 252, Tucson, Arizona 85701. Forms cannot be accepted by e-mail or facsimile.

2) When to File. Any person may file a complaint who believes that there has been a violation, a violation is occurring, or a violation will be occurring related to any provision of Title III of HAVA. A complaint may be filed up to, but no more than, 60 days following the occurrence of the alleged violation of Title III.

## SECTION 5. PROCESSING OF COMPLAINT.

1) Consolidation. In the event the complaint raises common questions of law and fact to other pending complaints, the Secretary of State may consolidate the complaints and notify the complainants of the changed status.

2) Notice to Respondents. Within five business days of receiving a complaint in the Secretary of State's office, the Secretary of State shall notify all respondents of the allegations made in the complaint. This subsection shall not apply if the Secretary of State has reason to believe that notifying a respondent or respondents of the complaint filed might compromise a criminal investigation, criminal prosecution, or other enforcement action by any local, state, or federal agency.

## SECTION 6. HEARING.

1) Within five business days of receiving a complaint in the Secretary of State's office that requests a hearing, the Secretary of State shall notify the Office of Administrative Hearings in accordance with Arizona Administrative Code (A.A.C.) R2-19-103 to schedule a hearing.

2) The hearing shall be conducted no sooner than 10 days, and no later than 60 days, after the Secretary of State receives the complaint in the Secretary of State's office.

3) The hearing shall be conducted in accordance with the procedures set forth in Title 41, Chapter 6, Article 10 and the A.A.C., Chapter 19, Article 1.

4) The complainant shall bear the burden of persuasion.

5) The administrative law judge's decision issued pursuant to ARS § 41-1092.08(A) shall include an appropriate remedy if an appropriate remedy is available. Such remedy shall be consistent with the provisions of Section 9.

**SECTION 7. FINAL DETERMINATION.**

The Secretary of State or the Secretary of State's designee may accept, reject, or modify the decision of the administrative law judge pursuant to ARS § 41-1092.08(D) and such action shall constitute the final determination with respect to the complaint. The Secretary of State shall give notice to all parties involved in this determination. The final determination shall be made within 90 days of the filing of the complaint with the Secretary of State, unless the complainant consents to a longer period.

**SECTION 8. ALTERNATIVE DISPUTE RESOLUTION.**

1) If the Secretary of State or the Secretary of State's designee fails to meet the deadline set forth in Section 7, the complaint shall be resolved within 60 days under the alternative dispute resolution procedures established by this section.

2) On or before the fifth business day after a final determination was due, the Secretary of State shall designate in writing an administrative law judge who shall be a neutral party not associated with the complainant or any respondent.

3) The administrative law judge may review the record compiled in connection with the complaint, but need not receive additional testimony or evidence. The administrative law judge may request that the parties present additional briefs, memoranda, or oral testimony.

4) Subject to the provisions of Section 9, the administrative law judge shall determine the appropriate remedy for the complaint to the extent provided by law.

5) The administrative law judge must issue a written resolution within 60 days after the Secretary of State's final determination was due under Section 7. This 60-day period may not be extended without the express written consent of the complainant. The final resolution shall be transmitted by the administrative law judge to the Secretary of State and shall be the final resolution of the complaint. The Secretary of State shall mail the final resolution to the complainant, each respondent, and any other interested person who has asked in writing to be advised of the final resolution. The final resolution of the complaint shall also be published on the Secretary of State website and made available on request to any interested person. However, no mailing, publication, or other notice of the determination or remedy shall be required if the Secretary of State has reason to believe that such mailing, publication, or notice of the determination or remedy

might compromise a criminal investigation, prosecution, or other enforcement action by any local, state, or federal agency.

**SECTION 9. REMEDIES.**

No remedy may involve the awarding of compensatory or punitive monetary damages to a complainant or a finding that an election official is subject to civil penalties. An appropriate remedy may include, but is not limited to any or all of the following:

a. a plan for rectifying the particular violation;
b. an order requiring that additional training will be provided to election officials so as to ensure compliance with Title III and the Arizona Revised Statutes, Title 16; and
c. an order requiring additional voter education.

**SECTION 10. RECORD.**

1) The Secretary of State shall compile and maintain an official record in connection with each complaint filed pursuant to these provisions. This official record shall be retained for a period of 24 months. The official record shall contain:

    a. A copy of the complaint, including any amendments;
    b. A copy of any written submission by the complainant;
    c. A copy of any written response by any respondent or other interested person;
    d. A written report of any investigation conducted by agents of the Secretary of State or of any local elections official, who may not be directly involved in the actions or events complained of;
    e. Copies of all notices and correspondence to or from the Secretary of State in connection with the complaint;
    f. Originals or copies of any tangible evidence produced at any hearing conducted under Section 6;
    g. A copy of the audio recording produced at any oral hearing conducted; and
    h. A copy of any final determination made under Section 7.

2) The record and other materials from any proceedings conducted under the complaint procedures established under this section shall be made available for use under the alternative dispute resolution procedures.

**SECTION 11. EFFECTIVE DATE.**

This complaint procedure shall be effective upon its posting on the Secretary of State's website and preclearance by the Department of Justice in accordance with Section 5 of the Voting Rights Act and shall remain in effect until superseded by any modification, repeal, regulation or statute.

In addition to the statewide grievance system, the Secretary of State shall provide a toll free telephone number (1-877-THE-VOTE) for the use of the public to report incidents of voter fraud. [ARS § 16-142 (C)]