Mark Brnovich
Attorney General
Firm Bar No. 14000

Stephanie Elliott (030872)
Jeremy Horn (024707)
Joseph E. La Rue (031348)
Kara M. Karlson (029407)
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, AZ  85007
Telephone (602) 542-5025
Facsimile (602) 542-4385
stephanie.elliott@azag.gov
jeremy.horn@azag.gov
joseph.larue@azag.gov
kara.karlson@azag.gov
AdminLaw@azag.gov

*Attorneys for Defendant Michele Reagan,
Arizona Secretary of State*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David Isabel, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>vs.<br><br>Michele Reagan, in her individual capacity; Maricopa County; Adrian Fontes, in his official capacity as Maricopa County Recorder,<br><br>             Defendants. | Case No: 2:18-cv-03217-DWL<br><br>**CERTIFICATE OF CONFERRAL** |

Pursuant to this Court's Preliminary Order (Doc. 29) and Local Rule of Civil Procedure 12.1, the parties conferred regarding the issues set forth in the motion. Counsel for Defendant Reagan sent Plaintiff's counsel emails on Nov. 26, 2018 and Nov.

29, 2018 outlining the issues presented in the motion, and the counsel for the parties conferred telephonically on Nov. 27, 2018 and Nov. 29, 2018.  The parties agree that the issues presented in Defendant Reagan's Motion to Dismiss are not curable in any part by amendment.

Respectfully submitted this 30th day of November, 2018

Mark Brnovich
Attorney General

s/ Stephanie Elliott
Stephanie Elliott
Jeremy Horn
Joseph E. La Rue
Kara M. Karlson
Assistant Attorneys General
*Attorneys for Defendant Michele Reagan, Arizona Secretary of State*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, this 30th day of November, 2018:

Spencer G. Scharff
Scharff PLC
502 W. Roosevelt St.
Phoenix, AZ 85003
spencer@scharffplc.com

Nathan Fidel
Miller, Pitt, Feldman & McAnally, P.C.
2800 N. Central Ave, Suite 840
Phoenix AZ 85004-1069
Nfidel@mpfmlaw.com

*Attorneys for Plaintiff*

M. Colleen Connor
Talia J. Offord
Maricopa County Attorney
Civil Services Division
222 N. Central Avenue, Suite 1100
Phoenix, AZ 85004
connorc@mcao.maricopa.gov
offordt@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*


s/ Elizabeth Morales

#7495543