WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:    M. COLLEEN CONNOR (Bar No. 015679)
       connorc@mcao.maricopa.gov
       TALIA J. OFFORD (Bar No. 028768)
       offordt@mcao.maricopa.gov
       Deputy County Attorneys
       MCAO Firm No. 00032000

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 506-8541
Facsimile (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Isabel, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>Michele Reagan, in her individual capacity; Maricopa County; Adrian Fontes, in his official capacity as Maricopa County Recorder,<br><br>        Defendants. | No. CV 2:18-cv-03217-DWL<br><br>**DEFENDANTS MARICOPA COUNTY AND COUNTY RECORDER'S JOIN DEFENDANT REAGAN'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>(Honorable Dominic W. Lanza) |

      Maricopa County and Adrian Fontes, Maricopa County Recorder ("Maricopa County Defendants"), join *Defendant Michele Reagan's Motion to Dismiss First Amended Complaint* (Doc. 61) pursuant to Federal Rule of Civil Procedure 12(b)(6) because it fails to state a claim upon which relief can be granted.

RESPECTFULLY SUBMITTED this 8th day of July, 2019.

                WILLIAM G. MONTGOMERY
                MARICOPA COUNTY ATTORNEY

By: /s/M. Colleen Connor
     M. COLLEEN CONNOR
     TALIA J. OFFORD
     Deputy County Attorneys
     *Attorneys for Maricopa County Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

*Attorneys for Plaintiff*
Spencer G. Scharff, Esq.
SCHARFF, P.L.C.
502 West Roosevelt Street
Phoenix, Arizona  85003
spencer@scharffplc.com

Nathan J. Fidel, Esq.
MILLER, PITT, FELDMAN &
MCANALLY, P.L.C.
2800 North Central Avenue, Suite 840
Phoenix, Arizona  85004-1069
nfidel@mpfmlaw.com

*Attorneys for Defendant Michele Reagan*
Timothy A. LaSota
TIMOTHY A. LA SOTA, plc
2198 East Camelback Road, Suite 305
Phoenix, AZ 85016


/s/ *J. Christiansen*

S:\CIVIL\CIV\Matters\GN\2018\Isabel V. Reagan  GN18-0633\2-Pleadings\MTD 12 B 6 Joining SOS 07 08 19.Docx