WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:    M. COLLEEN CONNOR (Bar No. 015679)
        connorc@mcao.maricopa.gov
        TALIA J. OFFORD (Bar No. 028768)
        offordt@mcao.maricopa.gov
        Deputy County Attorneys
        MCAO Firm No. 00032000

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 506-8541
Facsimile (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Isabel, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>Michele Reagan, in her individual capacity; Maricopa County; Adrian Fontes, in his official capacity as Maricopa County Recorder,<br><br>      Defendants. | No. CV 2:18-cv-03217-DWL<br><br>**CERTFICATE OF CONFERRAL**<br><br>(Honorable Dominic W. Lanza) |

      Pursuant to this Court's Preliminary Order (Doc. 29) and Local Rule of Civil Procedure 12.1, the parties conferred regarding the issues set forth in the motion. Counsel for Defendants Maricopa County and Adrian Fontes, Maricopa County Recorder, had two telephone discussions on or about June 12, 2019, in which Plaintiff's counsel explained what would be included in the first amended complaint. Counsel for

1   the County Defendants requested Plaintiff's counsel to dismiss the complaint against the

2   County Defendants, but Plaintiff's counsel declined. The parties agreed that the County

3   Defendants did not need to expend efforts rearguing Defendant Michele Reagan's motion

4   to dismiss the first amended complaint and would join the motion once filed.

5        RESPECTFULLY SUBMITTED this 8th day of July, 2019.

6                                    WILLIAM G. MONTGOMERY
                                   MARICOPA COUNTY ATTORNEY

7

8                             By: /s/M. Colleen Connor
                                 M. COLLEEN CONNOR

9                                  TALIA J. OFFORD
                                 Deputy County Attorneys

10                                *Attorneys for Maricopa County Defendants*

11

12

13

14

15

16

17

18

19

20

21

22

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

*Attorneys for Plaintiff*
Spencer G. Scharff, Esq.
SCHARFF, P.L.C.
502 West Roosevelt Street
Phoenix, Arizona  85003
spencer@scharffplc.com

Nathan J. Fidel, Esq.
MILLER, PITT, FELDMAN & MCANALLY, P.L.C.
2800 North Central Avenue, Suite 840
Phoenix, Arizona  85004-1069
nfidel@mpfmlaw.com

*Attorneys for Defendant Michele Reagan*
Timothy A. LaSota
TIMOTHY A. LA SOTA, plc
2198 East Camelback Road, Suite 305
Phoenix, AZ 85016


/s/ J. Christiansen

S:\CIVIL\CIV\Matters\GN\2018\Isabel V. Reagan  GN18-0633\2-Pleadings\MTD 12 B 6 Certificate Of Referral 07 08 19.Docx