# Exhibit A



**Scharff PLLC**

Spencer Scharff <spencer@scharffplc.com>

## 2-11-19 Public-Records Request to MCRO

**Connor Colleen** <connorc@mcao.maricopa.gov>  Mon, Sep 23, 2019 at 5:20 PM
To: "Spencer Scharff (spencer@scharffplc.com)" <spencer@scharffplc.com>

Hi Spencer: Attached is the list of the B12 voters for the 2016 General Election.

Sincerely,

Colleen Connor

**From:** Kathren Coleman - RISCX [mailto:kcoleman@risc.maricopa.gov]
**Sent:** Monday, September 23, 2019 11:45 AM
**To:** Connor Colleen <connorc@mcao.maricopa.gov>
**Subject:** RE: 2-11-19 Public-Records Request to MCRO

Colleen,

Attached is the list of B12 voters for the 2016 General Election.

We'll continue to work on the remainder of the request one the public records custodian is hired.

Thanks,

Kathren

**Kathren Coleman**

**Deputy Recorder for Communications | Maricopa County Recorder Adrian Fontes | Phone: 602.506.2317**

Public Disclosure Notice:  This message and any messages in response to the sender of this message may be subject to a public records request.

[Quoted text hidden]

 **ScharffB12Voters2016General.xlsx**
20K

Isabel-002032

| LASTNAME | FRSTNAME | QBRSNCD | ELECTPCT | VOTERID | ELECTNO |
|---|---|---|---|---|---|
| C███ | S█ | B12 | 349 | ███ | 1301 |
| C█ | L█ | B12 | 240 | ███ | 1301 |
| S█ | Z███ | B12 | 246 | ███ | 1301 |
| O█ | █. | B12 | 446 | ███ | 1301 |
| W███ | J██ | B12 | 504 | ███ | 1301 |
| H██ | R█ | B12 | 603 | ███ | 1301 |
| G█ | T██ | B12 | 242 | ███ | 1301 |
| M██ | A█ | B12 | 503 | ███ | 1301 |
| V██ D | █ | B12 | 497 | ███ | 1301 |
| R████ | A██ | B12 | 453 | ███ | 1301 |
| S█ | D██ | B12 | 239 | ███ | 1301 |
| B██ | A█ | B12 | 176 | ███ | 1301 |
| M██ | D██ | B12 | 222 | ███ | 1301 |
| W█ | E██ | B12 | 237 | ███ | 1301 |
| B█ | T█ | B12 | 60 | ███ | 1301 |
| S██ | L█ | B12 | 596 | ███ | 1301 |
| J██ | C███ | B12 | 24 | ███ | 1301 |
| H█ | A█ | B12 | 438 | ███ | 1301 |
| W██ | K█ | B12 | 526 | ███ | 1301 |
| S██ | G██ | B12 | 551 | ███ | 1301 |
| T█ | M██ | B12 | 566 | ███ | 1301 |
| R██ | C█ | B12 | 119 | ███ | 1301 |
| B██ | O█ | B12 | 438 | ███ | 1301 |
| S██ | D███ | B12 | 329 | ███ | 1301 |
| V█ | T██ | B12 | 380 | ███ | 1301 |
| Y█ █ | E██ | B12 | 454 | ███ | 1301 |
| V███ | J█ | B12 | 505 | ███ | 1301 |
| G█ | P█ | B12 | 596 | ███ | 1301 |
| R██ | B██ | B12 | 613 | ███ | 1301 |
| D█ | S█ | B12 | 436 | ███ | 1301 |
| Y█ | E██ | B12 | 454 | ███ | 1301 |
| R█ | J█ | B12 | 175 | ███ | 1301 |
| M██ | A█ | B12 | 307 | ███ | 1301 |
| B██ | J█ | B12 | 388 | ███ | 1301 |
| P████ | N█ | B12 | 179 | ███ | 1301 |
| T██ | A██ | B12 | 38 | ███ | 1301 |
| C█ | C█ | B12 | 104 | ███ | 1301 |
| F█ | K██ | B12 | 205 | ███ | 1301 |
| R█ | S█ | B12 | 579 | ███ | 1301 |
| D█ | N█ | B12 | 91 | ███ | 1301 |
| A██ | J█ | B12 | 106 | ███ | 1301 |
| H█ | S█ | B12 | 506 | ███ | 1301 |
| C██ | M██ | B12 | 543 | ███ | 1301 |
| M██ | C█ | B12 | 690 | ███ | 1301 |
| C██ | J█ | B12 | 426 | ███ | 1301 |
| T█ | J█ | B12 | 99 | ███ | 1301 |
| C███ █ | M███ █ | B12 | 123 | ███ | 1301 |

| Name | Name | Code | Value | | ID |
|---|---|---|---|---|---|
| S▮ | V▮ | B12 | 421 | ▮ | 1301 |
| G▮ | A▮ | B12 | 244 | ▮ | 1301 |
| O▮ | P▮ | B12 | 526 | ▮ | 1301 |
| H▮ | A▮ | B12 | 582 | ▮ | 1301 |
| G▮ | G▮ | B12 | 175 | ▮ | 1301 |
| P▮ | J▮ | B12 | 180 | ▮ | 1301 |
| E▮ | T▮ | B12 | 263 | ▮ | 1301 |
| B▮ | A▮ | B12 | 508 | ▮ | 1301 |
| B▮ | L▮ | B12 | 508 | ▮ | 1301 |
| H▮ | S▮ | B12 | 38 | ▮ | 1301 |
| C▮ | K▮ | B12 | 101 | ▮ | 1301 |
| W▮ | C▮ | B12 | 229 | ▮ | 1301 |
| W▮ | M▮ | B12 | 488 | ▮ | 1301 |
| Z▮ | AL▮ | B12 | 49 | ▮ | 1301 |
| G▮ | C▮ | B12 | 175 | ▮ | 1301 |
| Q▮ | M▮ | B12 | 209 | ▮ | 1301 |
| H▮ | K▮ | B12 | 464 | ▮ | 1301 |
| L▮ | J▮ | B12 | 551 | ▮ | 1301 |
| B▮ | D▮ | B12 | 393 | ▮ | 1301 |
| M▮ | C▮ | B12 | 454 | ▮ | 1301 |
| R▮ | E▮ | B12 | 586 | ▮ | 1301 |
| P▮ | K▮ | B12 | 596 | ▮ | 1301 |
| G▮ | K▮ | B12 | 720 | ▮ | 1301 |
| C▮ | J▮ | B12 | 175 | ▮ | 1301 |
| S▮ | C▮ | B12 | 203 | ▮ | 1301 |
| C▮ | R▮ | B12 | 225 | ▮ | 1301 |
| H▮ | C▮ | B12 | 238 | ▮ | 1301 |
| Z▮ | Q▮ | B12 | 238 | ▮ | 1301 |
| H▮ | J▮ | B12 | 376 | ▮ | 1301 |
| ▮ | s▮ | B12 | 457 | ▮ | 1301 |
| C▮ | G▮ | B12 | 421 | ▮ | 1301 |
| S▮ | D▮ | B12 | 446 | ▮ | 1301 |
| U▮ | S▮ | B12 | 97 | ▮ | 1301 |
| a▮ | d▮ | B12 | 170 | ▮ | 1301 |
| B▮ | S▮ | B12 | 388 | ▮ | 1301 |
| K▮ | M▮ | B12 | 27 | ▮ | 1301 |
| W▮ | C▮ | B12 | 99 | ▮ | 1301 |
| G▮ | G▮ | B12 | 175 | ▮ | 1301 |
| M▮ | M▮ | B12 | 229 | ▮ | 1301 |
| K▮ | P▮ | B12 | 78 | ▮ | 1301 |
| C▮ | L▮ | B12 | 224 | ▮ | 1301 |
| C▮ | A▮ | B12 | 603 | ▮ | 1301 |
| A▮ | J▮ | B12 | 43 | ▮ | 1301 |
| C▮ | D▮ | B12 | 154 | ▮ | 1301 |
| M▮ | S▮ | B12 | 496 | ▮ | 1301 |
| W▮ | Z▮ | B12 | 138 | ▮ | 1301 |
| G▮ | L▮ | B12 | 220 | ▮ | 1301 |
| B▮ | B▮ | B12 | 272 | ▮ | 1301 |

Isabel-002034

| First | Last | Code | Value | ID | Dept |
|---|---|---|---|---|---|
| G▮ | T▮ | B12 | 272 | ▮ | 1301 |
| M▮ | N▮ | B12 | 454 | ▮ | 1301 |
| B▮ | R▮ | B12 | 562 | ▮ | 1301 |
| S▮ | J▮ | B12 | 586 | ▮ | 1301 |
| E▮ | E▮ | B12 | 627 | ▮ | 1301 |
| N▮ | L▮ | B12 | 155 | ▮ | 1301 |
| H▮ | G▮ | B12 | 196 | ▮ | 1301 |
| BE▮ | J▮ | B12 | 683 | ▮ | 1301 |
| F▮ | S▮ | B12 | 502 | ▮ | 1301 |
| B▮ | J▮ | B12 | 603 | ▮ | 1301 |
| P▮ | J▮ | B12 | 550 | ▮ | 1301 |
| A▮ | P▮ | B12 | 405 | ▮ | 1301 |
| A▮ | J▮ | B12 | 464 | ▮ | 1301 |
| A▮ | T▮ | B12 | 496 | ▮ | 1301 |
| C▮ | C▮ | B12 | 704 | ▮ | 1301 |
| H▮ | W▮ | B12 | 207 | ▮ | 1301 |
| H▮ | J▮ | B12 | 38 | ▮ | 1301 |
| S▮ | J▮ | B12 | 338 | ▮ | 1301 |
| T▮ | E▮ | B12 | 354 | ▮ | 1301 |
| M▮ | P▮ | B12 | 623 | ▮ | 1301 |
| N▮ | D▮ | B12 | 683 | ▮ | 1301 |
| T▮ | T▮ | B12 | 720 | ▮ | 1301 |
| H▮ | L▮ | B12 | 201 | ▮ | 1301 |
| ISABEL | DAVID | B12 | 242 | 4591086 | 1301 |
| S▮ | M▮ | B12 | 380 | ▮ | 1301 |
| J▮ | B▮ | B12 | 508 | ▮ | 1301 |
| M▮ | H▮ | B12 | 603 | ▮ | 1301 |
| B▮ | J▮ | B12 | 653 | ▮ | 1301 |
| O▮ | J▮ | B12 | 118 | ▮ | 1301 |
| A▮ | G▮ | B12 | 99 | ▮ | 1301 |
| C▮ | R▮ | B12 | 271 | ▮ | 1301 |
| B▮ | L▮ | B12 | 99 | ▮ | 1301 |
| J▮ | E▮ | B12 | 339 | ▮ | 1301 |
| W▮ | S▮ | B12 | 526 | ▮ | 1301 |
| H▮ | A▮ | B12 | 647 | ▮ | 1301 |
| C▮ | F▮ | B12 | 446 | ▮ | 1301 |
| W▮ | J▮ | B12 | 526 | ▮ | 1301 |
| C▮ | C▮ | B12 | 714 | ▮ | 1301 |
| T▮ | B▮ | B12 | 171 | ▮ | 1301 |
| G▮ | J▮ | B12 | 662 | ▮ | 1301 |
| M▮ | D▮ | B12 | 117 | ▮ | 1301 |
| Q▮ | C▮ | B12 | 189 | ▮ | 1301 |
| L▮ | A▮ | B12 | 116 | ▮ | 1301 |
| H▮ | W▮ | B12 | 220 | ▮ | 1301 |
| L▮ | B▮ | B12 | 279 | ▮ | 1301 |
| W▮ | A▮ | B12 | 600 | ▮ | 1301 |
| H▮ | N▮ | B12 | 354 | ▮ | 1301 |
| T▮ | R▮ | B12 | 714 | ▮ | 1301 |

| Name | Name | Code | Value | | Code2 |
|---|---|---|---|---|---|
| P█ | A█ | B12 | 433 | █ | 1301 |
| B█ | D█ | B12 | 466 | █ | 1301 |
| C█ | D█ | B12 | 293 | █ | 1301 |
| B█ | Y█ | B12 | 99 | █ | 1301 |
| R█ | T█ | B12 | 172 | █ | 1301 |
| C█ | E█ | B12 | 195 | █ | 1301 |
| R█ | E█ | B12 | 593 | █ | 1301 |
| R█ | B█ | B12 | 380 | █ | 1301 |
| D█ | J█ | B12 | 349 | █ | 1301 |
| L█ | J█ | B12 | 507 | █ | 1301 |
| H█ | E█ | B12 | 203 | █ | 1301 |
| G█ | R█ | B12 | 225 | █ | 1301 |
| E█ | C█ | B12 | 454 | █ | 1301 |
| B█ | T█ | B12 | 496 | █ | 1301 |
| T█ | J█ | B12 | 503 | █ | 1301 |
| P█ | S█ | B12 | 65 | █ | 1301 |
| E█ | A█ | B12 | 97 | █ | 1301 |
| M█ | D█ | B12 | 681 | █ | 1301 |
| M█ | L█ | B12 | 78 | █ | 1301 |
| B█ | W█ | B12 | 220 | █ | 1301 |
| O█ | O█ | B12 | 383 | █ | 1301 |
| L█ | K█ | B12 | 407 | █ | 1301 |
| M█ | A█ | B12 | 174 | █ | 1301 |
| S█ | H█ | B12 | 446 | █ | 1301 |
| M█ | V█ | B12 | 46 | █ | 1301 |
| Z█ | A█ | B12 | 446 | █ | 1301 |
| M█ | K█ | B12 | 593 | █ | 1301 |
| L█ | K█ | B12 | 647 | █ | 1301 |
| A█ | A█ | B12 | 724 | █ | 1301 |
| O█ | A█ | B12 | 690 | █ | 1301 |
| W█ | K█ | B12 | 272 | █ | 1301 |
| R█ | C█ | B12 | 246 | █ | 1301 |
| L█ | K█ | B12 | 147 | █ | 1301 |
| D█ | L█ | B12 | 238 | █ | 1301 |
| J█ | L█ | B12 | 624 | █ | 1301 |
| J█ | S█ | B12 | 466 | █ | 1301 |
| H█ | D█ | B12 | 672 | █ | 1301 |
| P█ | B█ | B12 | 454 | █ | 1301 |
| W█ | R█ | B12 | 635 | █ | 1301 |
| G█ | T█ | B12 | 646 | █ | 1301 |
| W█ | D█ | B12 | 653 | █ | 1301 |
| B█ | L█ | B12 | 237 | █ | 1301 |
| O█ | P█ | B12 | 101 | █ | 1301 |
| C█ | G█ | B12 | 3 | █ | 1301 |
| C█ | W█ | B12 | 8 | █ | 1301 |
|   | c█ | B12 | 54 | █ | 1301 |
| M█ | J█ | B12 | 60 | █ | 1301 |
| D█ | D█ | B12 | 596 | █ | 1301 |

| Name | Name | Code | Value | | ID |
|---|---|---|---|---|---|
| C▓ | T▓ | B12 | 225 | ▓ | 1301 |
| S▓ | S▓ | B12 | 496 | ▓ | 1301 |
| W▓ | K▓ | B12 | 720 | ▓ | 1301 |
| B▓ | R▓ | B12 | 1 | ▓ | 1301 |
| V▓ | L▓ | B12 | 225 | ▓ | 1301 |
| C▓ | L▓ | B12 | 619 | ▓ | 1301 |
| H▓ | M▓ | B12 | 221 | ▓ | 1301 |
| m▓ | m▓ | B12 | 251 | ▓ | 1301 |
| M▓ | B▓ | B12 | 566 | ▓ | 1301 |
| F▓ | A▓ | B12 | 21 | ▓ | 1301 |
| M▓ | X▓ | B12 | 240 | ▓ | 1301 |
| NE▓ | P▓ | B12 | 279 | ▓ | 1301 |
| P▓ | K▓ | B12 | 507 | ▓ | 1301 |
| T▓ | J▓ | B12 | 534 | ▓ | 1301 |
| M▓ | C▓ | B12 | 217 | ▓ | 1301 |
| B▓ | J▓ | B12 | 566 | ▓ | 1301 |
| V▓ | A▓ | B12 | 466 | ▓ | 1301 |
| L▓ | E▓ | B12 | 662 | ▓ | 1301 |
| C▓ | A▓ | B12 | 61 | ▓ | 1301 |
| P▓ | W▓ | B12 | 293 | ▓ | 1301 |
| W▓ | P▓ | B12 | 488 | ▓ | 1301 |
| M▓ | A▓ | B12 | 596 | ▓ | 1301 |
| C▓ | J▓ | B12 | 189 | ▓ | 1301 |
| R▓ | R▓ | B12 | 117 | ▓ | 1301 |
| H▓ | C▓ | B12 | 195 | ▓ | 1301 |
| T▓ | T▓ | B12 | 15 | ▓ | 1301 |
| L▓ | E▓ | B12 | 207 | ▓ | 1301 |
| L▓ | R▓ | B12 | 444 | ▓ | 1301 |
| B▓ | B▓ | B12 | 681 | ▓ | 1301 |
| W▓ | S▓ | B12 | 446 | ▓ | 1301 |
| B▓ | W▓ | B12 | 246 | ▓ | 1301 |
| S▓ | P▓ | B12 | 246 | ▓ | 1301 |
| C▓ | S▓ | B12 | 272 | ▓ | 1301 |
| L▓ | B▓ | B12 | 496 | ▓ | 1301 |
| C▓ | W▓ | B12 | 508 | ▓ | 1301 |
| S▓ | G▓ | B12 | 586 | ▓ | 1301 |
| H▓ | C▓ | B12 | 596 | ▓ | 1301 |
| M▓ | J▓ | B12 | 194 | ▓ | 1301 |
| M▓ | C▓ | B12 | 704 | ▓ | 1301 |
| P▓ | T▓ | B12 | 185 | ▓ | 1301 |
| C▓ | I▓ | B12 | 347 | ▓ | 1301 |
| R▓ | M▓ | B12 | 657 | ▓ | 1301 |
| L▓ | M▓ | B12 | 658 | ▓ | 1301 |
| S▓ | T▓ | B12 | 714 | ▓ | 1301 |
| H▓ | M▓ | B12 | 295 | ▓ | 1301 |
| W▓ | K▓ | B12 | 508 | ▓ | 1301 |

# Exhibit B

Spencer G. Scharff, No. 028946
SCHARFF PLLC
502 W. Roosevelt Street
Phoenix, Arizona 85003
(602) 739-4417
spencer@scharffplc.com

Nathan Fidel, No. 025136
MILLER, PITT, FELDMAN & MCANALLY P.C.
2800 N. Central Ave, Suite 840
Phoenix AZ 85004
(602) 266-5557
nfidel@mpfmlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Isabel, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Michele Reagan, in her individual capacity; Maricopa County; Adrian Fontes, in his official capacity as Maricopa County Recorder,<br><br>Defendants. | No. 2:18-cv-03217<br><br>**DECLARATION OF DAVID ISABEL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Dominic Lanza |

I, David Isabel, declare under penalty of perjury:

1. I am a Plaintiff in the above-captioned litigation. I am competent to testify and make this Declaration based on my personal knowledge.

2. I submit this Declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. I registered to vote on October 11, 2016, and cast a provision ballot in the November 8, 2016 General Election. My provisional ballot was not counted.

4. Prior to the time that the Class Action Complaint ("Complaint") was filed, I reviewed a draft of the Complaint and authorized its filing, on behalf of myself and also on behalf of a class of other voters who also registered to vote on October 11, 2016 and cast a provisional ballot in the November 8, 2016 General Election (the "Class").

5. I understand this case is a class action lawsuit against Michele Reagan, Adrian Fontes, and Maricopa County ("Defendants") that was brought on behalf of myself and other members of the Class who were disenfranchised by the Defendants' conduct and policies.

6. I became involved in this litigation because I believe Defendants willfully disenfranchised myself and the members of the Class by improperly determining that we were not qualified to vote in the November 8, 2016 General Election.

7. I do not have a direct or personal relationship with any of the Defendants in this lawsuit and do not currently have any claims regarding the November 8, 2016 Election outside of the claims raised in this lawsuit.

8. I have volunteered to represent all others with claims similar to my own because I believe that no right is more precious in a free country than that of having a voice in the election of those who make the laws under which, as good citizens, we must live. I believe this lawsuit seeks to vindicate the violation of our precious voting rights.

9. I understand that if I am appointed as a class representative by the Court in the present proceeding that it will be my obligation to represent the interests of all members of the Class. As such, I understand that I will have a duty to consider the interests of all members of the Class just as I would consider my own interests, to participate actively in the lawsuit, and to recognize and accept that any resolution of the lawsuit, such as by settlement or dismissal, is subject to court approval and will be in the best interests of the class as a whole.

10. If appointed as a class representative in this proceeding, I will fulfill my duties as class representative to the best of my abilities. I have conferred with counsel and I will continue to actively participate in the litigation, to keep regular contact with counsel and make every effort to provide counsel and the Court with all relevant facts of which I am aware. I am in regular contact with counsel regarding the litigation, I keep informed regarding the status and progress of the litigation and I have reviewed documents and court filings related to the case. I participate in case strategy and decision-making with my lawyers.

I declare under penalty of perjury that the foregoing is trued and correct.

Dated: **Sep 27, 2019**

By: _David Isabel (Sep 27, 2019)_
David Isabel