IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Isabel, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Michele Reagan, in her individual capacity; Maricopa County; Adrian Fontes, in his official capacity as Maricopa County Recorder,<br><br>Defendants. | No. 2:18-cv-03217<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Dominic W. Lanza |

The Court having considered Plaintiff's Motion for Class Certification, the Court grants Plaintiff's Motion. Class certification is appropriate under Fed. R. Civ. P. 23(a) for the following reasons:

1. The Class and Sub-Class are so numerous that joinder of all members is impracticable.
2. There are questions of law or fact common to the Class and Sub-Class.
3. The claims or defenses of the representative parties are typical of the claims or defenses of the Class and Sub-Class.
4. The representative parties will fairly and adequately protect the interests of the Class and Sub-class.

The Court also finds that the requirements of Fed. R. Civ. P. 23(b)(3) have been met because the questions of law and fact common to class members predominate over any questions affecting only individual members.

The Court further finds that the requirements for Fed. R. Civ. P. 23(g) have been met. Plaintiff's counsel have done extensive work to date in identifying and investigating potential claims in this action, have experience litigating the types of claims asserted in the Action, have knowledge of the applicable law, and have the resources necessary to adequately represent the classes.

Accordingly, this Court certifies this matter as a class action, appoints David Isabel as Class Representative, and appoints Spencer G. Scharff and Nathan Fidel as Class Counsel. The Class and Sub-Class are defined as follows:

> Statewide Class — All Arizona voters who registered to vote on October 11, 2016 and cast a provisional ballot in the November 8, 2016 General Election, and whose provisional ballot was not counted.
>
> Maricopa Sub-Class — All members of the Statewide Class who were residents of Maricopa County according to their October 11, 2016 voter registration.

**IT IS SO ORDERED**.