ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:   M. COLLEEN CONNOR (Bar No. 015679)
      connorc@mcao.maricopa.gov
      Deputy County Attorneys
      MCAO Firm No. 00032000

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 506-8541
Facsimile (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Isabel, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Michele Reagan, in her individual capacity; Maricopa County; Adrian Fontes, in his official capacity as Maricopa County Recorder,<br><br>Defendants. | No. CV 18-3217-PHX-DWL<br><br>**PROPOSED ORDER**<br><br>(Honorable Dominic W. Lanza) |

The Court, having considered Defendants Response in Opposition to Plaintiff's Motion for Class Certification, hereby denies Plaintiff's Motion.

Dated this _____ of _____ 2019.

_____
Hononorable Dominic W. Lanza
United States District Judge