ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:   M. COLLEEN CONNOR (Bar No. 015679)
      connorc@mcao.maricopa.gov
      Deputy County Attorneys
      MCAO Firm No. 00032000

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 506-8541
Facsimile (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Isabel, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Michele Reagan, in her individual capacity; Maricopa County; Adrian Fontes, in his official capacity as Maricopa County Recorder,<br><br>Defendants. | No. CV 18-3217-PHX-DWL<br><br>**DEFENDANTS' SUPPLEMENTAL BRIEF ON THE DEFENDANTS' MOTION TO DISMISS**<br><br>(Honorable Dominic W. Lanza) |

Defendants Maricopa County and Maricopa County Recorder Adrian Fontes file this Supplemental Brief on the Defendants' Motion to Dismiss. (Doc. 61). In the Court's Tentative Ruling (Doc. 71), the Court addresses the Plaintiff's contention that Count III of Plaintiff's First Amended Complaint (FAC) was based on the theory that Plaintiff was properly registered vote because A.R.S. § 1-303 extended the voter registration deadline to the Tuesday after the Columbus Day holiday. (Doc. 65, at 5).

Despite Plaintiff's reliance on A.R.S. § 1-303, Maricopa County no longer recognizes Columbus Day[1] as a legal holiday. Exhibit 1 is the resolution passed by the Maricopa County Board of Supervisors pursuant to A.R.S. § 11-413. "*Notwithstanding section 1-301*, for the purposes of opening county offices for the transaction of business, the board of supervisors of any county by resolution may designate the Friday after the fourth Thursday in November as a legal holiday in place of the second Monday in October." A.R.S. § 11-413(emphasis added). Accordingly, Plaintiff could have gone, in person, to any Maricopa County office where someone could register to vote on October 10, 2016 because Columbus Day is not a recognized holiday.

Moreover, because Maricopa County was open for business on October 10, 2016, the County had no statutory authority to move the voter registration deadline to October 11, 2016. Pursuant to A.R.S. § 16-120(A), the voter registration deadline shall be the 29th day preceding election, which was October 10, 2016 for the 2016 General Election. Given that Count III relies on the false premise that the voter registration deadline fell on a state holiday, Plaintiff cannot show that Maricopa County violated a state statute. In fact, Maricopa County chose not to violate state law, A.R.S. § 16-120(A), by adhering to the voter registration deadline of 29 days before the election.

Based on the Defendants' Motion to Dismiss and this Supplemental Brief, the Defendants respectfully request this court dismiss this case.

---

[1] A.R.S. § 1-301(A)(13),

RESPECTFULLY SUBMITTED this 15th day of October, 2019.

                ALLISTER ADEL
                MARICOPA COUNTY ATTORNEY

BY: _____
      M. COLLEEN CONNOR
      Deputy County Attorney
      Attorney for Maricopa County Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on the 15<u>th</u> day of October, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Spencer G. Scharff, Esq.
SCHARFF, P.L.C.
502 West Roosevelt Street
Phoenix, Arizona 85003
spencer@scharffplc.com
*Attorney for Plaintiff David A. Isabel*

Nathan J. Fidel, Esq.
MILLER, PITT, FELDMAN &
MCANALLY, P.L.C.
2800 North Central Avenue, Suite 840
Phoenix, Arizona 85004-1069
nfidel@mpfmlaw.com
*Attorney for Plaintiff David A. Isabel*

Timothy LaSota, Esq.
TIMOTHY A. LASOTA, PLC
2198 Camelback Road, Ste. 305
Phoenix, AZ 85016
*Attorney for Defendant Michele Reagan*


/s/ T. Garcia

S:\CIVIL\CIV\Matters\GN\2018\Isabel V. Reagan GN18-0633\6-Motions\Resp Ntc Tentative Ruling 101519.Docx