Exhibit 1

C-06-12-122-M-00

# RESOLUTION
## Change to the Designation of County Holidays

**WHEREAS,** Maricopa County complies with A.R.S. 1-301 which enumerates specific holidays, and

**WHEREAS,** the Arizona State legislature amended A.R.S. 11-413 to allow the Board of Supervisors of any County by resolution to amend the holiday schedule as outlined, and

**WHEREAS,** A.R.S. 11-413 provides the framework for specific business periods for County Officer's and the hours such Offices shall be open stating that if the Board of Supervisors adopts a resolution to amend the holiday schedule as outlined, "every county officer, except the sheriff, shall keep the officer's office open for not less than twenty-four hours" for the specified week in November.

**NOW, THEREFORE, BE IT RESOLVED** that the Maricopa County Board of Supervisors hereby designates the Friday following the Thanksgiving holiday as a legal holiday in place of the second Monday in October.

**ADOPTED** by the Maricopa County Board of Supervisors, Maricopa County, Arizona, this 14 day of DECEMBER 2011.

Andrew Kunasek, Chairman of the Board

ATTEST:
Fran McCarroll, Clerk of the Board

*Formal Meeting Minutes*
*Wednesday, December 14, 2011*
*Page 26 of 61*

## BOARD OF SUPERVISORS - *JUNTA DE SUPERVISORES*

Clerk of the Board - *Secretaria de la Junta*

**49. RESOLUTION TO AMEND THE HOLIDAY SCHEDULE**

Pursuant to ARS 11-413, approve a Resolution to amend the holiday schedule for Maricopa County in order to designate the Friday following the Thanksgiving Holiday in November as a legal holiday in place of the second Monday in October. This action will be effective beginning in 2012.

Conforming changes regarding the Holiday Schedule will also be made to the Leave Plan. (C-06-12-122-M-00)

> Motion to approve by Supervisor Stapley, seconded by Supervisor Wilcox
>
> Ayes: Kunasek, Brock, Stapley, Wilson, Wilcox

**50. AMENDMENT TO AGREEMENT WITH THE U.S. DEPT. OF LABOR REGARDING BACK WAGE COMPLIANCE AND PAYMENT**

Amend the Agreement by and between Secretary of Labor, United States Department of Labor, and Maricopa County dba Maricopa County Sheriff's Office regarding back wage compliance and payment of back wages to include one additional employee, Maria Acosta, who was inadvertently left off the original agreement. This addition increases the amount by $537.34.

Maricopa County Sheriff's Office agrees to pay directly to the employees the amounts due (less legal payroll deductions). This amendment is effective upon approval by the Board of Supervisors.

This agreement is part of the Department of Labor investigation for the period October 21, 2007 through March 4, 2009. Back due wages have been authorized paid for the other 319 violations in the amount of $136,705.07. Other employee benefits and costs have been added to the back wages.

This action will provide payment to Ms. Acosta pursuant to the agreement calculations. New total of $137,242.41 plus employee benefits and costs will be added to the back wages amount. (C-06-12-123-M-01)

> Motion to approve by Supervisor Stapley, seconded by Supervisor Wilcox
>
> Ayes: Kunasek, Brock, Stapley, Wilson, Wilcox

**51. APPOINTMENTS TO THE DRAINAGE REVIEW BOARD**
Appoint the following to the Drainage Review Board:
Appoint Jason Morris, District 3 – Term: Date of Approval to September 10, 2013
Reappoint Greg Arnett, District 2 – Term: Date of Approval to April 17, 2015 (C-06-12-168-7-00)

> Supervisor Stapley expressed gratitude to Jason Morris and Greg Arnett for becoming members of the Drainage Review Board.
>
> Motion to approve by Supervisor Stapley, seconded by Supervisor Wilcox