IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Isabel,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michele Reagan, et al.,<br><br>　　　　Defendants. | **NO. CV-18-03217-PHX-DWL**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 1, 2019, Defendant's Motion to Dismiss the First Amended Complaint (Doc. 61) is granted and this action is dismissed.

　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 1, 2019

　　　　　　　　　　　　　　　　　s/ S. Strong
　　　　　　　　　　　　　　By　Deputy Clerk