Spencer G. Scharff, No. 028946
SCHARFF PLLC
502 W. Roosevelt Street
Phoenix, Arizona 85003
(602) 739-4417
spencer@scharffplc.com

Nathan Fidel, No. 025136
MILLER, PITT, FELDMAN & MCANALLY P.C.
2800 N. Central Ave, Suite 840
Phoenix AZ 85004
(602) 266-5557
nfidel@mpfmlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Isabel, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Michele Reagan, in her individual capacity; Maricopa County; Adrian Fontes, in his official capacity as Maricopa County Recorder,<br><br>Defendants. | No. 2:18-cv-03217<br><br>**NOTICE OF APPEAL** |

      Pursuant to Rule 3(a), Federal Rules of Appellate Procedure, Plaintiff David Isabel appeals to the United States Court of Appeals for the Ninth Circuit from this Court's November 1, 2019 Judgment of Dismissal (Doc. 80), including the pre-judgment orders, entered in the above-captioned action.

      Plaintiff's Representative Statement, required by Ninth Circuit Rule 3-2(b), is attached to this Notice as Exhibit A.

1 | DATED this 26th day of November, 2019

        *s/ Spencer G. Scharff*
        Spencer G. Scharff
        SCHARFF PLLC

        &

        Nathan Fidel
        MILLER, PITT, FELDMAN & MCANALLY P.C.

        *Attorneys for Plaintiff David Isabel*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2019, I electronically transmitted the above document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Spencer G. Scharff*