# Exhibit A

## Representation Statement

**Plaintiff David Isabel:**

Spencer G. Scharff
SCHARFF PLLC
502 West Roosevelt Street
Phoenix, Arizona 85003
(602) 739-4417
spencer@scharffplc.com

Nathan Fidel
MILLER, PITT, FELDMAN & MCANALLY P.C.
2800 N. Central Ave, Suite 840
Phoenix AZ 85004
(602) 266-5557
nfidel@mpfmlaw.com

**Defendants Maricopa County and Adrian Fontes:**

Allister Adel
M. Colleen Connor
Talia J. Offord
Maricopa County Attorney's Office
222 North Central Ave., Suite 1100
Phoenix, AZ 85004
(602) 506-8541 (T)
(602) 506-8567 (F)
connorc@mcao.maricopa.gov
offordt@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

**Defendant Michele Reagan**

Timothy A. La Sota
Timothy A. La Sota, PLC
2198 E. Camelback Rd., Suite 305
Phoenix, AZ 85016
(602) 515-2649
tim@timlasota.com