| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | MAR 05 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DAVID ISABEL, individually and on behalf of all others similarly situated,

    Plaintiff - Appellant,

v.

MICHELE REAGAN, in her individual capacity; et al.,

    Defendants - Appellees.

No. 19-17397

D.C. No. 2:18-cv-03217-DWL
U.S. District Court for Arizona, Phoenix

**MANDATE**

The judgment of this Court, entered February 11, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT

    By: Nixon Antonio Callejas Morales
    Deputy Clerk
    Ninth Circuit Rule 27-7